IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN B. BALLARD
ADC # 146466                                                                               PLAINTIFF

v.                              No. 5:16-cv-236-DPM

VERNON ROBINSON, Building Major,
Cummins Unit, ADC; and J. COLEMAN,
Captain, Cummins Unit, ADC                                                           DEFENDANTS

## ORDER

Unopposed recommendation, № 10, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Ballard's motion to amend, № 7, is denied. His complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 November 2016