IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN B. BALLARD
ADC # 146466                                                                  PLAINTIFF

v.                              No. 5:16-cv-236-DPM

VERNON ROBINSON, Building Major,
Cummins Unit, ADC; and J. COLEMAN,
Captain, Cummins Unit, ADC                                                   DEFENDANTS

JUDGMENT

Ballard's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2016